IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT CINCINNATI

| | | |
|---|---|---|
| **MIAMI UNIVERSITY** | : | Case No. 1:02-cv-00424 |
| | : | |
| Plaintiff, | : | Judge Susan J. Dlott |
| | : | |
| vs. | : | |
| | : | AGREED ORDER GRANTING JOINT |
| **DUBOIS BOOK STORE, INC.** | : | MOTION FOR LEAVE TO FILE |
| | : | PLAINTIFF'S MOTION FOR RELIEF |
| | : | FROM JUDGMENT UNDER SEAL (DOC. |
| Defendant. | : | NO. 15) |

Upon joint motion of the parties and for good cause shown, the Court hereby grants leave for Plaintiff Miami University to file its Motion for Relief from Judgment under seal. According to the parties, Plaintiff's Motion for Relief from Judgment pertains to the Court's February 18, 2003 Order that dismissed the case (Doc. No. 14). Plaintiff shall file the Motion for Relief on or before January 14, 2005. Plaintiff's Motion for Relief, any opposing memoranda, and any reply memoranda, including exhibits, shall be filed and maintained under seal.

_/s/ Susan J. Dlott_
Judge Susan J. Dlott

00143885.WPD/1