IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| **MIAMI UNIVERSITY,** | : | Case No. 1:02-cv-00424 |
| | : | |
| Plaintiff, | : | Judge Susan J. Dlott |
| | : | |
| vs. | : | UNOPPOSED MOTION FOR |
| | : | EXTENSION OF TIME TO FILE REPLY |
| **DUBOIS BOOK STORE, INC.,** | : | MEMORANDUM IN SUPPORT OF |
| | : | PLAINTIFF MIAMI UNIVERSITY'S |
| Defendant. | : | MOTION FOR RELIEF FROM |
| | : | JUDGMENT |

Plaintiff Miami University ("Miami") moves the Court for a brief extension of seven (7) days, until February 25, 2005, to serve its Reply Memorandum in Support of Miami's Motion for Relief From Judgment.

**MEMORANDUM IN SUPPORT OF MOTION**

Miami requests this brief extension of time to serve its Reply Memorandum in support of its Motion for Relief From Judgment (Doc. No. 17). This brief extension until February 25, 2005, is necessary due to preparation of post-trial briefing and proposed findings of fact and conclusions of law which are due to be filed on February 21, 2005, following a lengthy bench trial involving counsel for Plaintiff before Judge Rice in Case No. 3:00-cv-00256. Counsel for Defendant has been contacted regarding the requested extension and has no objection.

Respectfully submitted,

*/s/ James A. Dyer*
James A. Dyer (Trial Attorney)   (0006824)
Michael P. Moloney                      (0014668)
Sebaly, Shillito + Dyer
A Legal Professional Association
1900 Kettering Tower
Dayton, OH 45423
937/222-2500
937/222-6554 (fax)
jdyer@ssdlaw.com
*Special Counsel for Plaintiff The State of Ohio, by and through Miami University*

{00150036.DOC/1}

## CERTIFICATE OF SERVICE

  I certify that a true copy of the foregoing was served via the Court's ECF system, and by regular U.S. Mail, postage prepaid, to:

Patricia B. Hogan, Esq.
Keating, Muething & Klekamp, PLL
One East Fourth Street, Ste. 1400
Cincinnati OH 45202

this 17th day of February, 2005.

                */s/ James A. Dyer*
                James A. Dyer