IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| MIAMI UNIVERSITY, | : | Case No. 1:02-cv-00424 |
| | : | |
| Plaintiff, | : | Judge Susan J. Dlott |
| | : | |
| vs. | : | ORDER GRANTING UNOPPOSED |
| | : | MOTION FOR EXTENSION OF TIME |
| DUBOIS BOOK STORE, INC., | : | (DOC. NO. 19) TO FILE REPLY |
| | : | MEMORANDUM IN SUPPORT OF |
| Defendant. | : | PLAINTIFF MIAMI UNIVERSITY'S |
| | : | MOTION FOR RELIEF FROM |
| | | JUDGMENT |

Upon motion of Plaintiff Miami University ("Miami") (Doc. No. 19), and for good cause shown, the time within which Plaintiff may serve a Reply Memorandum in Support of its Motion for Relief from Judgment is hereby extended up to and including February 25, 2005.

                                                   s/Susan J. Dlott
                                                 Judge Susan J. Dlott

**COPIES TO:**

JAMES A. DYER, Sebaly Shillito + Dyer, 1900 Kettering Tower, Dayton, OH 45423, Attorney for Plaintiff, The State of Ohio, by and through Miami University

PATRICIA B. HOGAN, Keating, Muething & Klekamp, PLL, One E. Fourth Street, Suite 1400, Cincinnati, Ohio 45202, Attorney for Defendant DuBois Book Store, Inc.