IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| **MIAMI UNIVERSITY,** | : | Case No. 1:02-cv-00424 |
| | : | |
| Plaintiff, | : | Judge Susan J. Dlott |
| | : | |
| vs. | : | UNOPPOSED MOTION FOR |
| | : | ADDITIONAL EXTENSION OF TIME |
| **DUBOIS BOOK STORE, INC.,** | : | TO FILE REPLY MEMORANDUM IN |
| | : | SUPPORT OF PLAINTIFF MIAMI |
| Defendant. | : | UNIVERSITY'S MOTION FOR RELIEF |
| | : | FROM JUDGMENT |

Plaintiff Miami University ("Miami") moves the Court for a brief additional extension of two (2) business days, until March 1, 2005, to serve its Reply Memorandum in Support of Miami's Motion for Relief From Judgment.

**MEMORANDUM IN SUPPORT OF MOTION**

Miami requests this brief additional extension of time to serve its Reply Memorandum in support of its Motion for Relief From Judgment (Doc. No. 17). This brief extension until March 1, 2005, is necessary in order to finalize that memorandum and supporting affidavits. Because the Reply Memorandum and exhibits are being filed under seal and not electronically, extra time will also be needed by Miami to gather the original signed affidavits for filing. Counsel for Defendant has been contacted regarding the requested additional extension and has no objection.

{00151550.DOC/1}

Respectfully submitted,


*/s/ James A. Dyer*
James A. Dyer (Trial Attorney)   (0006824)
Michael P. Moloney                       (0014668)
Sebaly, Shillito + Dyer
A Legal Professional Association
1900 Kettering Tower
Dayton, OH 45423
937/222-2500
937/222-6554 (fax)
jdyer@ssdlaw.com
*Special Counsel for Plaintiff The State of Ohio, by and through Miami University*

## **CERTIFICATE OF SERVICE**

      I certify that a true copy of the foregoing was served via the Court's ECF system, and by regular U.S. Mail, postage prepaid, to:

Patricia B. Hogan, Esq.
Keating, Muething & Klekamp, PLL
One East Fourth Street, Ste. 1400
Cincinnati OH 45202

this 25th day of February, 2005.

                                                */s/ James A. Dyer*
                                                James A. Dyer