IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| **MIAMI UNIVERSITY,** | : Case No. 1:02-cv-00424 |
| | : |
| Plaintiff, | : Judge Susan J. Dlott |
| | : |
| vs. | : ORDER GRANTING UNOPPOSED |
| | : MOTION FOR EXTENSION OF TIME |
| **DUBOIS BOOK STORE, INC.,** | : (DOC. NO. 21) TO FILE REPLY |
| | : MEMORANDUM IN SUPPORT OF |
| Defendant. | : PLAINTIFF MIAMI UNIVERSITY'S |
| | : MOTION FOR RELIEF FROM |
| | : JUDGMENT |

Upon motion of Plaintiff Miami University ("Miami") (Doc. No. 21), and for good cause shown, the time within which Plaintiff may serve a Reply Memorandum in Support of its Motion for Relief from Judgment is hereby extended up to and including March 1, 2005.

_s/Susan J. Dlott_      3/1/05
Judge Susan J. Dlott

**COPIES TO:**

JAMES A. DYER, Sebaly Shillito + Dyer, 1900 Kettering Tower, Dayton, OH 45423, Attorney for Plaintiff, The State of Ohio, by and through Miami University

PATRICIA B. HOGAN, Keating, Muething & Klekamp, PLL, One E. Fourth Street, Suite 1400, Cincinnati, Ohio 45202, Attorney for Defendant DuBois Book Store, Inc.

00151570.WPD/1