IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| Miami University | : | |
| | : | |
| Plaintiff | : | Case No. 1:02cv424 |
| | : | |
| v. | : | District Judge Susan J. Dlott |
| | : | |
| DuBois Book Store, Inc. | : | ORDER |
| | : | |
| Defendant | : | |

This matter comes before the Court on Plaintiff Miami University's Motion for Relief from Judgment (doc. #17) pursuant to Fed. R. Civ. P. 60(b)(6). A settlement conference will be held in this matter on June 15, 2005 at 10:30 a.m. Each party shall bring a party representative with complete settlement authority. Additionally, Sebaly Shillito & Dyer shall bring a representative with complete settlement authority from its malpractice insurance carrier.

To aid in settlement discussions, the parties shall file and exchange on June 10, 2005 a brief that compares and contrasts the relief that was provided to the parties under the terms of the DuBois Book Store settlement agreement (which Kevin Bowman fraudulently consented to prior to the entry of the dismissal order), that would have been provided to the parties under the terms of the proposed Miami University settlement agreement, and the relief which the parties could achieve upon a litigation of the merits of the case. The brief shall not exceed five pages in length, exclusive of any attachments.

IT IS SO ORDERED.

                                                                               ___s/Susan J. Dlott___
                                                                               Susan J. Dlott
                                                                               United States District Judge